# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE WRIGHT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-0561** |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF** | : | |
| **PENNSYLVANIA HEALTH** | : | |
| **SYSTEM, d/b/a UNIVERSITY OF** | : | |
| **PENNSYLVANIA HOSPITAL** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 28th day of February 2023, upon consideration of the *motion for summary judgment* filed by Defendant University of Pennsylvania Health System, d/b/a University of Pennsylvania Hospital ("Defendant"), [ECF 12], the response in opposition filed by Plaintiff Michelle Wright, [ECF 16], and Defendant's reply, [ECF 17], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant University of Pennsylvania Health Systems, d/b/a University of Pennsylvania Hospital and against Plaintiff Michelle Wright.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*