# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1592

Michelle Wright v. University of Pennsylvania Health Systems

(U.S. District Court No.: 2-21-cv-00561)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 07, 2023
JK/cc: Todd A. Ewan, Esq.
Michael R. Galey, Esq.
Kelsey E. Schiappacasse, Esq.
Michelle Wright,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate